1  STEPHEN YAGMAN
2  723 Ocean Front Walk
   Venice, California 90291-3212
3  (310) 452-3200

4  Attorney for Stephen Yagman

5   ORIGINAL
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 | STEPHEN YAGMAN,            | No. **CV11-08427** ODW(MANx)
13 |        Plaintiff,          | **COMPLAINT**
                                  (10-11-11)
14 |                            |
15 |        v.                  | (Damages for violations of 15 U.S.C. §§
                                  1692e, 1692f, 1692k, and Cal. Civ. Code
16 | JP Morgan Chase Bank, N.A., Chase | §1788.17; Declaratory Relief, 28 U.S.C.
17 | Bank U,S,A,, Chase Bank N.A. d/b/a | § 2201; Injunctive Relief,
   | Chase, JAMIE DIMON, and           | 28 U.S.C. § 1651)
18 | UNKNOWN NAMED
   | DEFENDANTS 1-10,          | **JURY DEMAND**
19 |
20 |        Defendants.

21

22        Plaintiff makes the following allegations on information and belief in

23 support of his complaint:

24                    **JURISDICTION AND VENUE**

25        1. The federal claims made herein are asserted pursuant to 15 U.S.C. §§

26 1692e, 1692f, 1692k,28 U.S.C. § 2201and 28 U.S.C. § 1651, and therefore this

27 court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction),

28



1



1 | and the state claim is asserted pursuant to and Cal. Civ. Code §1788.17, and

2 | therefore this court has jurisdiction of it pursuant to 28 U.S.C. § 1367.

3 |     2. Because defendants do business in California and a substantial part of the

4 | matters that are the basis for this action occurred in Los Angeles County,

5 | therefore, venue lies in the United States District Court for the Central District of

6 | California, and in its Western Division.

7 | **THE PARTIES**

8 |     3. Plaintiff is a borrower-mortgagor with respect to a July 30, 1980

9 | Promissory Note ("the Note") secured by a deed of trust of real property and that

10 | defendants have assigned their Loan Number 7004281411, and defendants are JP

11 | Morgan Chase Bank, N.A., Chase Bank U.S.A., Chase Bank N.A. d/b/a Chase,

12 | JAMIE DIMON, the CEO and chairman of Chase, and UNKNOWN NAMED

13 | DEFENDANTS 1-10, who contend they presently have the legal right to collect

14 | and to receive monthly payments on the Note.

15 | **ALLEGATIONS COMMON TO EACH COUNT**

16 |     4. The Note was executed in favor of Home Savings and Loan Association

17 | on or about July 30, 1980.

18 |     5. The Note was given in conjunction with a Notice to Borrower of even

19 | date therewith and that is a part thereof.

20 |     6. The Note was for a 360-month period.

21 |     7. The first payment on the note was due by September 20, 1980.

22 |     8. The last payment on the note was due on or about August 20, 2010.

23 |     9. The period of the Note has expired.

24 |     10. Since the date of the expiration of the period of the Note, defendants and

25 | each of them have continued to demand monthly payments on the Note.

26 |     11. Defendants have no legal right to continue to demand payments on the

27 | 

28 | Note.

2

12. Defendants have no legal right to demand payments on the Note because defendants are not authorized by any lender or legal holder of the Note to demand payments on the Note.

13. Plaintiff has made numerous requests to defendants to provide evidence that (A) after August 2010 the debt continued to be due and owing and (B) defendants legally are entitled to attempt to collect and to collect the debt, but defendants have failed and refused to provide that evidence.

## COUNT 1

14. Defendants have violated 15 U.S.C. § 1692e(2)(A) by making false representations of the character, amount, or legal status of plaintiff's debt.

15. The false representations are that (A) the debt is owed and (B) defendants have a legal right to collect the debt.

## COUNT 2

16. Defendants have violated 15 U.S.C. § 1692e(10) by using a false representations or deceptive means to collect or attempt to collect an debt.

17. The false representations or deceptive means to collect or attempt to collect the debt are that (A) the debt is owed and (B) defendants have a legal right to collect the debt.

## COUNT 3

18. Defendants have violated 15 U.S.C. § 1692f(1) by using unfair and unconscionable means to collect or to attempt to collect a debt by collecting and attempting to collect a debt when such debt is not expressly authorized by the agreement creating the debt or permitted by law.

19. The unfair or unconscionable means to collect and to attempt to collect the debt include attempting to collect a debt that no longer is due and attempting to collect a debt defendants have no legal authority to collect.

//

**COUNT 4**

20. Defendants have violated Cal. Civ. Code § 1788.17 by their failure, as set forth hereinabove, to comply with the above-identified provisions of 15 U.S.C.

**COUNT 5**

21. Plaintiff seeks declaratory relief pursuant to 28 U.S.C. § 2201, that (A) the debt is not owed as of September 2010 and (B) defendants had and have no legal right to attempt to collect or to collect the debt.

**COUNT 6**

22. Plaintiff seeks injunctive relief pursuant to 28 U.S.C. § 1651, (A) prohibiting defendants from attempting to collect the debt and (B) requiring defendants to refund debt payments back to September 2010.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

4

Wherefore, plaintiff requests relief against defendants, and each of them, as follows:

1. Declaratory relief that (A) the debt no longer is owed and (B) defendants have no legal right to collect the debt;

2. Injunctive relief prohibiting defendants from attempting to collect or collecting the debt;

3. Injunctive relief ordering defendants to refund all debt payments that illegally were collected;

4. Statutory damages pursuant to 15 U.S.C. § 1692k;

5. Compensatory damages for violation of Cal. Civ. Code § 1788.17;

6. A refund of all debt sums illegally collected;

7. Punitive damages;

8. Attorneys' fees;

9. Interest;

10. Costs; and

11. Such other relief as is just and proper.


By: _____
STEPHEN YAGMAN


**JURY DEMAND**

Plaintiff demands trial by jury of all issues.


By: _____
STEPHEN YAGMAN

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒ )

**STEPHEN YAGMAN**

**(b)** County Of Residence Of First Listed Plaintiff ( Except In U.S. Plaintiff Cases) :

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**Stephen Yagman
723 Ocean Front Walk
Venice, CA 90291-3270
(310) 452-3200**

**DEFENDANTS**

**JP MORGAN CHASE BANK, N.A.**

County Of Residence Of First Listed Defendant (In U.S. Plaintiff Cases Only):

ATTORNEYS (If Known)

**UNKNOWN**

---

**II. BASIS OF JURISDICTION** (Place an X in one box only)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties In Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only**
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23 :** ☐ Yes ☒ No    **MONEY DEMANDED IN COMPLAINT $ DAMAGES**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**15 USC 1692e, 1692f, 1692k, 28 USC 2201, 1651, Cal. Civ. Code 1788.17**

---

**VII. NATURE OF SUIT   (Place an X in one box only)**

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities /Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☒ 890 Other Statutory Actions

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease &Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS
PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury- Med Malpractice
- ☐ 365 Personal Injury- Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**TORTS
PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Acco- mmodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE / PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

---

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): not applicable

**CV11-08427**

**FOR OFFICE USE ONLY:**   Case Number :

CV-71 (01/03)    CIVIL COVER SHEET – Continued on Reverse    Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

### AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). **RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒No ☐Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case :

(Check all boxes that apply) ☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;

☐ B. Involve the same or substantially the same parties or property;

☐ C. Involve the same patent, trademark or copyright;

☐ D. Call for determination of the same or substantially identical questions of law, or

☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
Los Angeles

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
Los Angeles

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**NOTE:** In land condemnation cases, use the location of the tract of land involved.
Los Angeles

**X. SIGNATURE OF ATTORNEY (OR PRO PER):**   *Stephani Jurman*   Date   Oct. 11, 2011

**NOTICE TO COUNSEL/PARTIES:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3.3 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title2 of the Social Security Act, as amended. (42 U.S.C. 405(g) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV11- 8427 ODW (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[_] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[_] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# FOR OFFICE USE ONLY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STEPHEN YAGMAN,

Plaintiff(s),

v.

JP MORGAN CHASE BANK, N.A., CHASE BANK
U.S.A., CHASE BANK N.A. d/b/a CHASE, JAMIE
DIMON, and UNKNOWN NAMED DEFENDANTS 1-10,

Defendant(s)

CASE NUMBER:

CV11 - 08427 ODW (MANx)
CV-____

SUMMONS

TO:     THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
STEPHEN YAGMAN, whose address is:

**723 Ocean Front Walk**
**Venice, CA 90291-3270**
**(310) 452-3200**

an answer to the ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within __21__ days after service of this Summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.

CLERK, U. S. DISTRICT COURT

JULIE PRADO SEAL

Date: _____October 12, 2011_____          By:_____
                                                   Deputy Clerk

FOR OFFICE USE ONLY

*(SEAL OF THE COURT)*

CV-1A   (01/01)                          SUMMONS