O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YAGMAN, | Case No. CV 11-08427 DDP (MANx) |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT CONFERENCE** |
| CHASE BANK USA, et al., | |
| Defendants. | |

    The parties are ordered to contact Magistrate Judge Nagle's Courtroom Deputy no later than Friday, November 1 with a mutually agreed-upon date, no later than November 21, on which to hold a settlement conference.

    On the agreed-upon date, all parties shall appear before the Magistrate Judge in person.  Any entity holding an interest in the Note at issue shall appear with a representative possessing full settlement authority.  Failure to comply with this Order may result

///

///

///

in sanctions, including dismissal of the action or the striking of any answers or defenses.

IT IS SO ORDERED.


Dated: October 26, 2012

                          DEAN D. PREGERSON
                          United States District Judge