FILED
CLERK, U.S. DISTRICT COURT

MAY - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| STEPHEN YAGMAN, | No. CV 11-08427-DDP(MANx) |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] JUDGMENT (F.R. Civ. P. Form 71) |
| JP Morgan Chase Bank, N.A., Chase Bank U.S.A., Chase Bank N.A. d/b/a Chase, JAMIE DIMON, and UNKNOWN NAMED DEFENDANTS 1-10, | |
| | Judge Dean D. Pregerson |
| Defendant. | |

This action was resolved pursuant to a Rule 68 offer and acceptance and,

It is ordered that the plaintiff Stephen Yagman recover from defendant JPMorgan Chase Bank, N.A. the amount of $50,000.00, including costs and attorneys' fees, with post-judgment interest at the lawful rate.

Date: 5/6/2013

[signature]
~~CLERK OF COURT~~
Hon. Dean D. Pregerson

1

## CERTIFICATE OF SERVICE

On April 25, 2013, I served the foregoing document by mail on defense counsel by depositing it with the U.S. Postal Service at Los Angeles, California, with correct postage thereon prepaid, and addressed as set forth below.

_____
STEPHEN YAGMAN

Michael French
999 Peachtree Street, NE, 26th Fl.
Atlanta, GA 30309